IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.: 19-51044-RBK |
| JOSEPH C WILLIAMSON | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONIFRMATION OF PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Wells Fargo Bank, N.A., its assignees and/or successors, by and through its servicing agent Wells Fargo Bank, N.A., a secured creditor and party in interest, (hereinafter called "Creditor") and files this Notice of Withdrawal of its Objection to Confirmation of Plan filed on May 31, 2019 (Docket No. 12).

Debtor filed an Amended Chapter 13 Plan fon June 26, 2019 (Docket No. 14), which provides for our concerns.

WHEREFORE, PREMISES CONSIDERED, Creditor hereby withdraws its Objection to Confirmation of Plan, so that the Court takes no further action thereon.

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP

*/s/ Carlos Hernandez-Vivoni*
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Carlos Hernandez-Vivoni SBN 24096186
Robert Brandon Hakari SBN 24107552
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-19-21048
ATTORNEYS FOR SECURED CREDITOR

# CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Objection to Confirmation of Plan has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on 6/28/2019:

By First Class Mail Postage Prepaid:

DEBTOR
Joseph C Williamson
11403 Jarbo Pass Dr
San Antonio, TX 78245

By CM/ECF:

DEBTOR'S COUNSEL
Ricardo Guerra
The Law Offices of Rick Guerra
2211 Rayford, Suite 111, #134
Spring, TX 77386

TRUSTEE
Mary K. Viegelahn
10500 Heritage Blvd
Suite 201
San Antonio, TX 78216

All Parties Requesting Notice Via CM/ECF System

McCarthy & Holthus, LLP

*/s/ Carlos Hernandez-Vivoni*
Carlos Hernandez-Vivoni
Atty file no.: TX-19-21048